RAYMOND G. BALLISTER, JR. [SBN: 111282]
PHYL GRACE [SBN: 171771]
**CENTER FOR DISABILITY ACCESS**
P.O. Box 262490
San Diego, CA 92196-2490
Telephone No: (858) 375-7385
Facsimile No: (888) 442-5191

Attorneys for plaintiff SCOTT JOHNSON

ANDREA M. MILLER [SBN: 88992]
JAMES C. KEOWEN [SBN: 173546]
**NAGELEY, MEREDITH & MILLER, INC.**
8001 Folsom Boulevard, Suite 100
Sacramento, CA 95826
Telephone No: (916) 386-8282
Facsimile No: (916) 386-8952

Attorneys for defendant FINELINE TRIM & UPHOLSTERY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>     Plaintiff,<br>vs.<br><br>FINELINE TRIM & UPHOLSTERY, INC. a California Corporation; and Does 1-10,<br><br>     Defendants. | **Case No.: 2:13-cv-01438-TLN-AC**<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; ORDER** |

Whereas, defendant FINELINE TRIM & UPHOLSTERY, INC. ("Fineline") was served with the complaint in the above entitled matter and its response was due on or about August 15, 2013;

Whereas, the parties agree in the interest of efficiency, and cooperation, due to the fact that FINELINE was only able to acquire counsel on August 15, 2013, and so as to allow counsel to get up to speed on the case;

IT IS HEREBY STIPULATED AND AGREED by the parties as follows:

1. The deadline for Defendant FINELINE to file a responsive pleading in the case shall be extended fifteen (15) days, to August 30, 2013.

SO STIPULATED.

DATED: August 15, 2013                **CENTER FOR DISABILITY ACCESS**

BY: _s/ Phyl Grace_____
 Phyl Grace
 Attorneys for Plaintiff
 SCOTT JOHNSON

DATED: August 15, 2013                **NAGELEY, MEREDITH & MILLER, INC.**

BY: _s/ James C. Keowen_____
 James C. Keowen
 Attorney for Defendant
 FINELINE TRIM & UPHOLSTERY, INC.

**IT IS SO ORDERED.**

DATED: August 15, 2013

_____
Troy L. Nunley
United States District Judge